**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEANN BLUMRATH, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>MIDDLETOWN MEDICAL, P.C.,<br><br>Defendant. | Case No.: 7:24-cv-03097-CS<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with this Court's December 26, 2024 Order (ECF 31) approving the Parties' Settlement Agreement, this matter is hereby **DISMISSED WITH PREJUDICE** as to the merits of Plaintiff's claims and without further costs, attorneys' fees, or disbursements to any of the Parties herein, except as provided in the Parties' Settlement Agreement.

DATED this _____ day of _____, 20_____.

_____
Honorable Cathy Seibel
United States District Judge