**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEANN BLUMRATH, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>MIDDLETOWN MEDICAL, P.C.,<br><br>Defendant. | Case No.: 7:24-cv-03097-CS<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with this Court's December 26, 2024 Order (ECF 31) approving the Parties' Settlement Agreement, this matter is hereby **DISMISSED WITH PREJUDICE** as to the merits of Plaintiff's claims and without further costs, attorneys' fees, or disbursements to any of the Parties herein, except as provided in the Parties' Settlement Agreement. The Clerk shall close the case.

DATED this __30th__ day of __December__, 20__24__.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.